November 16, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-16-00690-CR

V.

ABEL DAN PEREZ, Appellee

_____

This cause was heard on the transcript of the record of the court below. We have inspected the record and find there was no error in the portion of the order suppressing evidence of the existence of or references to the polygraph but there was error in suppressing evidence of statements made by appellee which do not reference the polygraph.

We **AFFIRM** the court's order suppressing evidence of the existence of or references to the polygraph. We **REVERSE** the remainder of the order and **REMAND** for further proceedings in accordance with our opinion.

We further order this decision certified below for observance.